STATE of Missouri, Plaintiff–Respondent,

v.

Lonnie D. SNELLING, Defendant–Appellant.

No. 58995.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 25, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 8, 1991.

Lonnie D. Snelling, pro se.

David K. Dowling, Pros. Atty., Montgomery City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of one count of trespass in the second degree, in violation of § 569.150 RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).